STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    FAX: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC, | CASE NO. |
|     Plaintiff, | |
|   v. | NOTICE OF REMOVAL OF CIVIL ACTION |
| DAVE STANELY; BERRY W. MEYER, Executor of the Estate of Melvin Rouse; and DOES 1 to 50. | |
|     Defendants. | |

Pursuant to 28 U.S.C. §§ 1441, et seq., the undersigned hereby presents the following facts to the Judges of the United States District Court for the Northern District of California on behalf of the United States of America.

1. Bayview Loan Servicing, LLC ("Bayview"), filed a Complaint on or about April 15, 2020, in the Superior Court of the State of California in and for the County of Sonoma, numbered SCV-266245 and bearing the above caption.

2. A copy of the above-mentioned Complaint was received in the Office of the United States Attorney for the Northern District of California on July 28, 2021, marked as Exhibit A to this Petition.

NOTICE OF REMOVAL

3. The Complaint is one which may properly be removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1444, which provide, in pertinent part:

§ 1442

(a) A civil action or criminal prosecution commenced in a State court against any of the following persons may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending:

(1) Any officer of the United States or any agency thereof, or person acting under him, for any act under color of such office or on account of any right, title or authority claimed under any Act of Congress for the apprehension or punishment of criminals or the collection of the revenue.

§ 1444

Any action brought under section 2410 of this title against the United States in any State court may be removed by the United States to the district court of the United States for the district and division in which the action is pending.

4. This petition is filed within the time prescribed by 28 U.S.C. §§ 1446(b).

5. A copy of this Notice is being filed with the Clerk of the Sonoma County Superior Court, Civil Division. This filing in will automatically effect the removal action described above in its entirety to this Court for all future proceedings pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, the undersigned petitions this Court on behalf of the United States, that the Complaint described in paragraph 1 above be removed to this Court for all further proceedings.

DATED: August 27, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for the United States

NOTICE OF REMOVAL