```
1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  ADRIENNE ZACK (CABN 291629)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7031
6       FAX: (415) 436-6748
        adrienne.zack@usdoj.gov
7
   Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC, | CASE NO. 3:21-cv-6638-JCS |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME WITHIN WHICH TO ANSWER OR RESPOND** |
| DAVE STANELY; BERRY W. MEYER, Executor of the Estate of Melvin Rouse; and DOES 1 to 50. | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate to extend Defendant the United States' time within which to answer or otherwise respond to the complaint, ECF No. 1-1, until September 27, 2021.

//

//

//

//

//

//

//

STIP. TO EXTEND ANSWER DEADLINE
CASE NO. 3:21-CV-6638-JCS

| | | |
|---|---|---|
| 1 | DATED: September 3, 2021 | Respectfully submitted, |
| 2 | /s/ Seth Harris [1] | STEPHANIE M. HINDS |
| 3 | SETH HARRIS<br>MCCARTHY & HOLTHUS, LLP | Acting United States Attorney |
| 4 | Attorney for Plaintiff | /s/ Adrienne Zack |
| 5 | | ADRIENNE ZACK<br>Assistant United States Attorney |
| | | Attorneys for Defendant the United States |

---

[1] *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIP. TO EXTEND ANSWER DEADLINE
CASE NO. 3:21-CV-6638-JCS