STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    FAX: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendant the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVE STANLEY; BERRY W. MEYER, Executor of the Estate of Melvin Rouse; and DOES 1 to 50.<br><br>    Defendants. | CASE NO. 3:21-cv-6638-JCS<br><br>**DEFENDANT UNITED STATES' ANSWER** |

       Defendant the United States ("Defendant") hereby responds to the Complaint filed by Plaintiff Bayview Loan Servicing, LLC ("Plaintiff") as follows:

       Unnumbered paragraph.    Defendant admits that this paragraph recites Plaintiff's summary of the claims brought in this case. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

       1.    Admit as to the jurisdiction and venue in District Court.

       2.    Admit.

       3.    Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

       4.    Defendant is without sufficient knowledge to admit or deny the factual allegations

contained in this paragraph and, on that basis, denies those allegations.

5. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

6. Defendant denies that it is liable to Plaintiff and that its interests in the property are subordinate to Plaintiff's alleged interests.  Defendant is without sufficient knowledge to admit or deny the remaining factual allegations contained in this paragraph and, on that basis, denies those allegations.

7. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

8. Defendant incorporates all prior responses as if fully set forth herein.

9. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

10. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

11. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

12. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

13. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

14. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

15. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

16. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

17. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

18. Defendant is without sufficient knowledge to admit or deny the factual allegations

1 | contained in this paragraph and, on that basis, denies those allegations.

2 |     19.    Defendant admits that this paragraph sets forth the remedy Plaintiff seeks in this action.

3 |     20.    Deny.

4 |     21.    Defendant is without sufficient knowledge to admit or deny the factual allegations

5 | contained in this paragraph and, on that basis, denies those allegations.

6 |     22.    Defendant incorporates all prior responses as if fully set forth herein.

7 |     23.    Defendant is without sufficient knowledge to admit or deny the factual allegations

8 | contained in this paragraph and, on that basis, denies those allegations.

9 |     24.    Defendant is without sufficient knowledge to admit or deny the factual allegations

10 | contained in this paragraph and, on that basis, denies those allegations.

11 |     25.    Defendant is without sufficient knowledge to admit or deny the factual allegations

12 | contained in this paragraph and, on that basis, denies those allegations.

13 |     26.    Defendant admits that this paragraph sets forth the remedy Plaintiff seeks in this action.

14 |     27.    Defendant is without sufficient knowledge to admit or deny the factual allegations

15 | contained in this paragraph and, on that basis, denies those allegations.

16 |     28.    Defendant admits that this paragraph sets forth the remedy Plaintiff seeks in this action.

17 |     29.    Defendant incorporates all prior responses as if fully set forth herein.

18 |     30.    Defendant is without sufficient knowledge to admit or deny the factual allegations

19 | contained in this paragraph and, on that basis, denies those allegations.

20 |     31.    Defendant is without sufficient knowledge to admit or deny the factual allegations

21 | contained in this paragraph and, on that basis, denies those allegations.

22 |     32.    Defendant incorporates all prior responses as if fully set forth herein.

23 |     33.    Defendant admits that this paragraph sets forth the remedy Plaintiff seeks in this action.

24 | Defendant is without sufficient knowledge to admit or deny the remaining factual allegations contained

25 | in this paragraph and, on that basis, denies those allegations.

26 |     34.    Defendant admits that this paragraph sets forth the remedy Plaintiff seeks in this action.

27 | Defendant is without sufficient knowledge to admit or deny the remaining factual allegations contained

28 | in this paragraph and, on that basis, denies those allegations.

35. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

36. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

The section beginning "Wherefore, Plaintiff prays for judgment as follows" sets forth Plaintiff's prayer for relief, to which no response is required. To the extent a response is required, Defendant denies the allegations that pertain to Defendant and denies that Plaintiff is entitled to any relief whatsoever with respect to Defendant.

Defendant denies each and every allegation contained in the Complaint not specifically admitted above.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant prays that:

1. Plaintiff takes nothing by its Complaint against Defendant;
2. Judgment be entered in favor of Defendant;
3. Defendant be awarded its costs of suit;
4. The Court award such other and further relief as it may deem proper.

DATED: September 27, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney
Attorneys for Defendant the United States