**McCARTHY & HOLTHUS, LLP**
Melissa Robbins Coutts, Esq. (SBN: 246723)
Seth Harris, Esq. (SBN: 253802)
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
 Telephone: (619) 685-4800
 Facsimile: (619) 685-4811
 Email: sharris@mccarthyholthus.com

Attorneys for Plaintiff, Bayview Loan Servicing, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAVE STANLEY; BARRY W MEYER, EXECUTOR OF THE ESTATE OF MELVIN ROUSE; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 3:21-CV-06638<br><br>**AMENDED PROOF OF SERVICE** |

## DECLARATION OF SERVICE

I, Heidy Vera, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is 2763 Camino Del Rio South, Ste 100, San Diego, California 92108.

I further declare that I am readily familiar with the business practice of McCarthy & Holthus, LLP for service of documents, that documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of

business the same day and that documents served personally are delivered the same day.

On October 13, 2021, at the direction of a member of the bar of this Court, I served the following document(s) on the persons listed below:

- **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

Internal Revenue Service
450 Golden Gate Ave, Floor 11
San Francisco, CA 94102
adrienne.zack@usdoj.gov

in the following manner of service (check appropriate):

____XX____ **BY ELECTRONIC FILING:** The documents were filed electronically via this court's CM/ECF system. Accordingly, service was made by virtue of a Notice of Electronic Filing ("NEF") generated automatically upon the filing of the document and transmitted to the email addresses of all counsel of record who have consented to electronic service. By the terms of the court's rules governing electronic filing, service of the documents is deemed complete upon the transmission of the NEF.

Dave Stanley
Worldtile5648@gmail.com

Lisa Stanley
Lstanley0611@gmail.com

____XX____ **BY EMAIL:** I transmitted the documents via electronic mail to the address(es) listed above, as authorized by Emergency Rule 12 of the California Rules of Court adopted effective April 17, 2020.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed on October 13, 2021, at San Diego, California.

By: _____
Heidy Vera

2
PROOF OF SERVICE

CA-19-872442-DCR