STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    FAX: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendant the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DAVE STANLEY; BERRY W. MEYER, Executor of the Estate of Melvin Rouse; and DOES 1 to 50. <br><br> Defendants. | CASE NO. 3:21-cv-6638-EMC <br><br> **DEFENDANT UNITED STATES' AMENDED ANSWER** |

Defendant the United States ("Defendant") hereby responds to the Complaint filed by Plaintiff Bayview Loan Servicing, LLC ("Plaintiff") as follows:

    Unnumbered paragraph.    Defendant admits that this paragraph recites Plaintiff's summary of the claims brought in this case. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

    1.    Admit as to the jurisdiction and venue in District Court.

    2.    Admit.

    3.    Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

    4.    Defendant is without sufficient knowledge to admit or deny the factual allegations

contained in this paragraph and, on that basis, denies those allegations.

5. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

6. Defendant denies that it is liable to Plaintiff and that its interests in the property are subordinate to Plaintiff's alleged interests.  Defendant is without sufficient knowledge to admit or deny the remaining factual allegations contained in this paragraph and, on that basis, denies those allegations.

7. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

8. Defendant incorporates all prior responses as if fully set forth herein.

9. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

10. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

11. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

12. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

13. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

14. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

15. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

16. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

17. Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

18. Defendant is without sufficient knowledge to admit or deny the factual allegations

contained in this paragraph and, on that basis, denies those allegations.

19.     Defendant admits that this paragraph sets forth the remedy Plaintiff seeks in this action.

20.     Deny.

21.     Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

22.     Defendant incorporates all prior responses as if fully set forth herein.

23.     Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

24.     Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

25.     Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

26.     Defendant admits that this paragraph sets forth the remedy Plaintiff seeks in this action.

27.     Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

28.     Defendant admits that this paragraph sets forth the remedy Plaintiff seeks in this action.

29.     Defendant incorporates all prior responses as if fully set forth herein.

30.     Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

31.     Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

32.     Defendant incorporates all prior responses as if fully set forth herein.

33.     Defendant admits that this paragraph sets forth the remedy Plaintiff seeks in this action. Defendant is without sufficient knowledge to admit or deny the remaining factual allegations contained in this paragraph and, on that basis, denies those allegations.

34.     Defendant admits that this paragraph sets forth the remedy Plaintiff seeks in this action. Defendant is without sufficient knowledge to admit or deny the remaining factual allegations contained in this paragraph and, on that basis, denies those allegations.

35.     Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

36.     Defendant is without sufficient knowledge to admit or deny the factual allegations contained in this paragraph and, on that basis, denies those allegations.

The section beginning "Wherefore, Plaintiff prays for judgment as follows" sets forth Plaintiff's prayer for relief, to which no response is required.  To the extent a response is required, Defendant denies the allegations that pertain to Defendant and denies that Plaintiff is entitled to any relief whatsoever with respect to Defendant.

Defendant denies each and every allegation contained in the Complaint not specifically admitted above.

## DEFENDANT'S LIEN CLAIMS

1.      On the following dates, duly authorized delegates of the Secretary of the Treasury made assessments against Defendants David and Lisa Stanley for unpaid federal income taxes and penalties for the below-listed tax periods, creating federal tax liens:

| Taxpayer | Tax Year | Assessment Date | Notice of Federal Tax Lien Recorded | Amount Due as of 12/9/2021 |
|---|---|---|---|---|
| David & Lisa Stanley | 2006 | 8/8/2016 | 11/21/2016 | $7,033.76 |
| David & Lisa Stanley | 2007 | 8/15/2016 | 11/21/2016 | $9,670.81 |
| David Stanley | 2008 | 12/1/2014 | 12/14/2015 | $10,286.09 |
| David Stanley | 2009 | 12/1/2014 | 12/14/2015 | $86,687.80 |
| David Stanley | 2010 | 2/24/2014 | 12/30/2014 | $58,197.76 |
| David Stanley | 2012 | 2/15/2016 | 5/16/2016 | $30,245.13 |
| David & Lisa Stanley | 2013 | 10/10/2016 5/27/2019 | 11/21/2016 10/12/2021 | $96,783.68 (combined) |
| David & Lisa Stanley | 2014 | 5/27/2019 | 7/22/2019 | $75,473.56 |
| David Stanley | 2015 | 5/27/2019 | 7/22/2019 | $261,032.08 |
| Lisa Stanley | 2015 | 6/3/2019 | 12/2/2020 | $252,129.64 |
| David Stanley | 2016 | 5/27/2019 | 7/22/2019 | $164,085.04 |

| Lisa Stanley | 2016 | 6/3/2019 | 12/2/2020 | $159,939.59 |

2. The federal tax liens attach to any proceeds owing to David and/or Lisa Stanley as a result of the partition requested in this action. Pursuant to 26 U.S.C. § 6323(a), the United States' federal tax liens have priority over most competing liens, subject to several exceptions (*see* 26 U.S.C. § 6323(b)), when the lien has been recorded. As indicated above, the United States recorded several liens for taxes, penalties, and accrued interest on the dates indicated above. As of December 9, 2021, the balance on the above-listed assessments totals $610,533.90 for David Stanley, $412,069.23 for Lisa Stanley, and $188,933.72 for David and Lisa Stanley jointly, plus statutory interest accruing pursuant to law, pursuant to 26 U.S.C. § 6621(a), *et seq.*

**PRAYER FOR RELIEF**

WHEREFORE, Defendant prays that:

1. Plaintiff takes nothing by its Complaint against Defendant;
2. Judgment be entered in favor of Defendant;
3. Defendant be awarded its costs of suit;
4. The Court award such other and further relief as it may deem proper.

DATED: December 15, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney
Attorneys for Defendant the United States

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

## DEFENDANT UNITED STATES' AMENDED ANSWER

to be served this date upon the parties in this action by placing a true copy thereof in a sealed envelope, and served as follows:

**[X] FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.**

[] CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

[] PERSONAL SERVICE (BY MESSENGER)

[] FEDERAL EXPRESS via Priority Overnight

[] EMAIL

[] FACSIMILE (FAX)

to the party(ies) addressed as follows:

| **Defendant:**<br>Dave Stanley<br>815 Butler Ave.<br>Santa Rosa, CA 95407 | **Defendant:**<br>Lisa J Stanley<br>4949 Snyder Lane #144<br>Rohnert Park, CA 94928 |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 15, 2021 at San Francisco, California.

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney