OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** April 5, 2022  **Time:** 1:30-1:45  **Judge:** EDWARD M. CHEN
15 minutes

**Case No.:** 21-cv-06638-EMC   **Case Name:**  Bayview Loan Servicing, LLC v. Stanley

**Attorney for Plaintiff:** Seth Harris

**Attorney for Defendant:** Adrienne Zack

**Deputy Clerk:** Vicky Ayala   **Court Reporter:** Ronelle Corbey

PROCEEDINGS

Initial Case Management Conference - held

SUMMARY

Parties stated appearances.  Ms. Staley appeared pro se.

Parties reported that they have attempted to informally resolve the dispute through private sale of the property at issue.  No sale has occurred, partially due to outstanding IRS liens on the Stanleys' interest in the property.

All parties who appeared are interested in resolving the dispute. **Parties were referred to a magistrate judge to hold a settlement conference within 60 to 90 days**.  Ms. Stanley believes that Mr. Stanley will be willing to participate in future proceedings.

CASE CONTINUED TO: **August 23, 2022, at 3:00 P.M., for Further Case Management Conference.**  Joint case management statement **due by 8/16/22.**

**REFERRALS:**

Case referred to Magistrate Judge for settlement conference to be completed within 90 days.