STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Fax: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendant the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVE STANLEY; BERRY W. MEYER, Executor of the Estate of Melvin Rouse; and DOES 1 to 50,<br><br>    Defendants. | CASE NO. 3:21-CV-6638-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action hereby stipulate and request that the Court continue the Case Management Conference currently set for August 23, 2022, *see* ECF No. 8, and all associated deadlines until November 29, 2022, at 2:30 p.m.

    The parties request this change because the parties' settlement discussions remain ongoing and productive. The parties respectfully suggest that these discussions should be permitted to proceed before another case management conference is held. Additionally, Defendant Lisa Stanley has a scheduling conflict on August 23, 2022.

    This is the parties' first joint request to modify the schedule in this case. *See* Declaration of Adrienne Zack ¶ 3. Plaintiff and Defendant the United States previously stipulated to an extension of time to respond to the complaint. *See* ECF No. 6. The requested modification to continue the case

management conference will not impact the schedule for the case because no further schedule has yet been set and because this matter is still in its initial stages.  Zack Decl. ¶ 4.

DATED: August 15, 2022

Respectfully submitted,

*/s/ Seth Harris*[1]
SETH HARRIS
Attorney for Plaintiff

STEPHANIE M. HINDS
United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney
Attorneys for Defendant the United States

*/s/ Lisa Stanely*[1]
LISA STANLEY
Defendant Pro Se

*/s/ David Stanley*[1]
DAVID STANLEY
Defendant Pro Se

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The Case Management Conference is continued until November 29, 2022, at 2:30 p.m.  A joint case management statement is due one week prior.

DATED:

_____
THE HON. EDWARD M. CHEN
United States District Judge

---

[1] *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JT. STIP. TO CONT. CMC
CASE NO. 3:21-CV-6638-EMC

# CERTIFICATE OF SERVICE

<u>**Bayview Loan Servicing, LLC v. Stanley, et al.**</u>
**Case No. 21-cv-06638-EMC**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she is causing a copy of the following:

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

to be served this date upon the parties in this action by placing a true copy thereof in a sealed envelope, and served as follows:

**[X] FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.**

[] CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

[] PERSONAL SERVICE (BY MESSENGER)

[] FEDERAL EXPRESS via Priority Overnight

[] EMAIL

[] FACSIMILE (FAX)

to the party(ies) addressed as follows:

| **Defendant:**<br>Dave Stanley<br>815 Butler Ave.<br>Santa Rosa, CA 95407 | **Defendant:**<br>Lisa J Stanley<br>4949 Snyder Lane #144<br>Rohnert Park, CA 94928 |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 15, 2022, at San Francisco, California.

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

JT. STIP. TO CONT. CMC
CASE NO. 3:21-CV-6638-EMC