STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Fax: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendant the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DAVE STANLEY; BERRY W. MEYER, Executor of the Estate of Melvin Rouse; and DOES 1 to 50, <br><br> Defendants. | CASE NO. 3:21-CV-6638-EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action hereby stipulate and request that the Court continue the Case Management Conference currently set for January 31, 2023, *see* ECF No. 41, and all associated deadlines until April 25, 2023, at 2:30 p.m.

The parties request this change because the parties' settlement discussions remain ongoing and productive. The parties respectfully suggest that these discussions should be permitted to proceed before another case management conference is held.

This is the parties' third joint request to modify the schedule in this case. *See* Declaration of Adrienne Zack ¶ 3. Plaintiff and Defendant the United States previously stipulated to an extension of time to respond to the complaint. *See* ECF No. 6. The parties also previously stipulated to continue the case management conference twice. *See* ECF Nos. 38, 39, 40, 41. The requested modification to

continue the case management conference will not impact the schedule for the case because no further schedule has yet been set and because this matter is still in its initial stages.  Zack Decl. ¶ 4.

| | |
|---|---|
| DATED: January 19, 2023 | Respectfully submitted, |
| /s/ Seth Harris[1]<br>SETH HARRIS<br>Attorney for Plaintiff | STEPHANIE M. HINDS<br>United States Attorney<br><br>/s/ Adrienne Zack<br>ADRIENNE ZACK<br>Assistant United States Attorney<br>Attorneys for Defendant the United States |
| /s/ Lisa Stanley[1]<br>LISA STANLEY<br>Defendant Pro Se | /s/ David Stanley[1]<br>DAVID STANLEY<br>Defendant Pro Se |

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The Case Management Conference is continued until April 25, 2023, at 2:30 p.m.  A joint case management statement is due one week prior.

DATED:  January 27, 2023

_____
THE HON. EDWARD M. CHEN
United States District Judge

---

[1] *In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*
JT. STIP. TO CONT. CMC
CASE NO. 3:21-CV-6638-EMC